UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>    Plaintiff,<br><br>v.<br><br>WALCZACK and DE LA HOYA,<br><br>    Defendants. | No. 1:20-cv-00370-AWI-EPG<br><br>ORDER DENYING PLAINTIFF'S MOTION THAT THIS CASE BE CONSIDEDERED AS A RELATED CASE TO ALL OTHER RELATED CASES WITH THE COURT<br><br>(ECF NO. 7) |

On March 20, 2020, Plaintiff filed a motion to have "this case, Gradford v. Walczack et al # 1:20-cv-00370-SAB (PC)[1] be considered related to all other cases that are with the Court." (the "Motion to Relate").

Local Rule 123 governs related cases:

> An action is related to another action within the meaning of this Rule when
>     (1) both actions involve the same parties and are based on the same or a similar claim;
>     (2) both actions involve the same property, transaction, or event;
>     (3) both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort, either because the same result should follow in both actions or otherwise; or
>     (4) for any other reasons, it would entail substantial duplication of labor if the actions were heard by different Judges or Magistrate Judges.

Local Rule 123(a).

///

---

[1] This case was reassigned to District Judge Ishii and Magistrate Judge Grosjean on March 20, 2020. (ECF No. 9).

1

Plaintiff's other cases pending in this district are as follows:

- 1:17-cv-01248-DAD-GSA-PC
  - Current Defendant: Sgt. Florres
  - Cause of Action: excessive force, occurring at the Stanislaus County Public Safety Center
- 1:18-cv-01364-DAD-GSA
  - Current Defendant: Guiltron
  - Cause of Action: retaliation, occurring at the Stanislaus County Public Safety Center
- 1:19-cv-01252-DAD-EPG (PC)
  - Current Defendant: Deputy Freddie
  - Cause of Action: conditions of confinement, occurring at the Stanislaus County Public Safety Center
- 1:20-cv-00543-NONE-EPG
  - Current Defendants: F. Velasco and T. Webster
  - Causes of Action: verbal harassment and retaliation, occurring at the Stanislaus County Public Safety Center
- 1:20-cv-00858-JLT (PC)
  - Current Defendant: Fto Baez
  - Cause of Action: Violation of First Amendment, occurring at the Stanislaus County Public Safety Center

The Court finds that these cases do not satisfy the criteria for relation of cases under Local Rule 123.

The actions do not involve the same parties. Although Plaintiff is plaintiff in the other actions, they all involve different defendants.

The actions do not involve the same property, transaction, or event. Plaintiff's allegations here concern his probation officers' actions or omissions after Plaintiff's incarceration. The other cases concern events at Stanislaus County Public Safety Center during his incarceration. They

also involve different legal claims.  For the same reason as above, Plaintiff's claims do not involve similar questions of fact.

Finally, Plaintiff does not point the Court to any other reason why it would entail a substantial duplication of labor if the actions were heard by different judges or magistrate judges. The Court does not see any reason either.

For these reasons, Plaintiff's Motion to Relate (ECF No. 7) is DENIED.

IT IS SO ORDERED.

Dated: **August 5, 2020**　　　　　　　　　　/s/ *Erик P. Groig*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE