UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALCZACK, and DE LA HOYA,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00370-AWI-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND CLOSING CASE<br><br>(Doc. No. 15) |

　　　　Plaintiff, William J. Gradford, is proceeding *pro se* and *in forma pauperis* in this civil rights action filed under to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 7, 2020, the magistrate judge entered findings and recommendations recommending that this action be dismissed, with prejudice, for failure to state a cognizable claim. (Doc No. 15.) Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. (*Id.*) Plaintiff timely filed objections. (Doc. No. 16.)

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations entered October 7, 2020 (Doc. No. 15) are adopted in full;
2. This case is dismissed with prejudice for plaintiff's failure to state a cognizable claim; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  October 23, 2020

_____
SENIOR DISTRICT JUDGE

2